In the United States District Court

for the _____ EASTERN _____ District of _____ LOUISIANA

United States of America

v.

ZHOU HUA NI

Criminal No.    04-325 "J" (4)

Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

I, _____ ZHOU HUA NI _____ , defendant, have been informed that a _____ indictment _____ ( *indictment,*

*information, complaint* ) is pending against me in the above designated cause. I wish to plead _____ guilty

( *guilty, nolo contendre* ) to the offense charged, to consent to the disposition of the case in the _____

District of _____ Massachusetts _____ in which I _____ am under arrest _____ ( *am under arrest, am held* ) and to waive

trial in the above captioned District.

Dated: _____ April 2, 2005 _____ at Northampton, MA,

ZHOU HUA NI  x _____
*(Defendant)*

_____
*(Witness)*

KEVIN G. MURPHY
*(Counsel for Defendant)*

Approved

JIM LETTEN
United States Attorney for the

EASTERN _____ District of

LOUISIANA

MICHAEL J. SULLIVAN
United States Attorney for the

_____ District of

MASSACHUSETTS

This form was electronically produced by Elite Federal Forms, Inc.,  FORM USA- 53
SEF 82

INTERPRETER, MAG-4, MULTI, TRANSFER

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00325-CJB-KWR-10
## Internal Use Only

Case title: USA v. Chung, et al                Date Filed: 10/28/2004

Assigned to: Judge Carl J.
Barbier
Referred to: Magistrate Judge
Karen Wells Roby

**Defendant**

**Zhou Hua Ni** (10)
*TERMINATED: 06/01/2005*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | transferred 6/1/05 |
| 18:1546(a) FRAUD AND MISUSE OF ALIEN REGISTRATION RECEIPT | transferred 6/1/05 |

CLERK'S OFFICE
A TRUE COPY

JUN - 7 2005

Stephanie

..x, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

CARD; 18:2 AIDING &
ABETTING
(6)

## Highest Offense Level
## (Terminated)

Felony

## Complaints                                    ## Disposition

None


## Plaintiff

**United States of America**        represented by  **Peter Michael Thomson**
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3000
Email:
usa-lae-ecf-cr@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2004 | | MAG FLAG (utility) (sek) (Entered: 11/01/2004) |
| 10/28/2004 | | Case Sealed. (sek) (Entered: 11/01/2004) |
| 10/28/2004 | | Docket Modification (Utility) as to defendant Sealed defendant 10 counts added for Sealed defendant 10 (sek) (Entered: 11/01/2004) |
| 10/28/2004 | | JS2 utility as to all sealed defendants (sek) (Entered: 11/01/2004) |

| 10/28/2004 | 1 | INDICTMENT by USA against Yiu Ming Chung, Li Yun Shang, Zhang Chen, Tak Keung Dicky Chu, Bin Lin, Wei Sheng Lin, Wei Xing Lin, Kong Da Ni, Kong Xiang Ni, Zhou Hua Ni, Xia Yun Shang, Jian Hua Wang, San Ding Zeng & Yong Zheng (seal) (Entered: 02/07/2005) |
| 10/28/2004 | 2 | GRAND JURY RETURN: as to defendant Yiu Ming Chung, defendant Li Yun Shang, defendant Zhang Chen, defendant Tak Keung Dicky Chu, defendant Bin Lin, defendant Wei Sheng Lin, defendant Wei Xing Lin, defendant Kong Da Ni, defendant Kong Xiang Ni, defendant Zhou Hua Ni, defendant Xia Yun Shang, defendant Jian Hua Wang, defendant San Ding Zeng, defendant Yong Zheng; ARREST WARRANT issued for all defendants (seal) (Entered: 02/07/2005) |
| 10/28/2004 | | (UTILITY) CAPIAS issued for Zhou Hua Ni (seal) (Entered: 02/07/2005) |
| 10/28/2004 | 3 | MOTION and ORDER that indictment is sealed, filed by plaintiff USA as to all defendants, by Magistrate Judge Louis Moore Jr. (seal) (Entered: 02/07/2005) |
| 10/28/2004 | 4 | MOTION and ORDER to unseal indictment, filed by plaintiff USA as to all defendants, by Judge Lance M. Africk (seal) (Entered: 02/07/2005) |
| 02/03/2005 | | Case unsealed. (seal) (Entered: 02/07/2005) |
| 02/03/2005 | | Docket Modification (Utility) as to defendant Zhou Hua Ni; to stop XM (sek) (Entered: 02/07/2005) |
| 02/07/2005 | | Utility event: Bar code printed for [5-1] Scheduling order for appointment of counsel as to Li Yun Shang appointing attorney Virginia Laughlin Schlueter, FPD, [5-2] order (sek) (Entered: 02/07/2005) |
| 02/17/2005 | | Utility event: Control page printed for [17-1] Scheduling order ; pretrial conference set for 3:00 3/21/05 for Li Yun Shang, for Wei Xing Lin & jury trial set for 8:30 4/11/05 for Li Yun Shang, for Wei Xing Lin, [17-2] hearing notice (pck) (Entered: |

|  |  | 02/17/2005 |
|---|---|---|
| 03/16/2005 | 68 | MOTION to Continue trial & pre-trial conf by United States of America, Wei Xing Lin as to all dfts. (sek, ) (Entered: 03/22/2005) |
| 03/18/2005 | 62 | Sealed Document (sek, ) (Entered: 03/18/2005) |
| 03/21/2005 | 69 | ORDER that mtn to CONTINUE pursuant to Ends of Justice is GRANTED as to all dfts; Jury Trial set for 6/20/2005 08:30 AM before Judge Carl Barbier. Pretrial Conference set for 5/26/2005 10:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 3/21/05. (sek, ) (Entered: 03/22/2005) |
| 03/21/2005 |  | ***Motion terminated as to Bin Lin, Tak Keung Dicky Chu, Zhang Chen, Li Yun Shang, Yiu Ming Chung, Wei Sheng Lin, Wei Xing Lin, Kong Da Ni, Kong Xiang Ni, Zhou Hua Ni, Xia Yun Shang, Jian Hua Wang, San Ding Zeng, Yong Zheng: 68 MOTION to Continue terminated per doc #69 (sek, ) (Entered: 03/22/2005) |
| 03/22/2005 | 74 | Sealed Document (sek, ) (Entered: 03/22/2005) |
| 03/23/2005 | 76 | Sealed Document (sek, ) (Entered: 03/23/2005) |
| 03/30/2005 | 78 | Sealed Document (sek, ) (Entered: 03/30/2005) |
| 04/05/2005 | 81 | Sealed Document (sek, ) (Entered: 04/05/2005) |
| 04/05/2005 | 82 | Sealed Document (sek, ) (Entered: 04/05/2005) |
| 04/21/2005 | 97 | Sealed Document (sek, ) (Entered: 04/22/2005) |
| 04/27/2005 | 106 | Sealed Document (sek, ) (Entered: 04/28/2005) |
| 04/27/2005 | 107 | Sealed Document (sek, ) (Entered: 04/28/2005) |
| 05/09/2005 | 111 | Sealed Document (sek, ) (Entered: 05/09/2005) |
| 05/11/2005 | 112 | Sealed Document (sek, ) (Entered: 05/11/2005) |
| 05/17/2005 | 114 | Sealed Document (sek, ) (Entered: 05/17/2005) |

| 05/20/2005 | 115 | MOTION to Continue trialby United States of America as to all defendants(sek, ) (Entered: 05/20/2005) |
|---|---|---|
| 05/20/2005 | 116 | ORDER TO CONTINUE - Ends of Justice as to all defendants Jury Trial set for 8/8/2005 08:30 AM before Judge Carl Barbier. Pretrial Conference set for 7/7/2005 03:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 5/20/05. (sek, ) (Entered: 05/20/2005) |
| 05/20/2005 | | Terminate Deadlines and Hearings as to Bin Lin, Tak Keung Dicky Chu, Zhang Chen, Li Yun Shang, Yiu Ming Chung, Wei Sheng Lin, Wei Xing Lin, Kong Da Ni, Kong Xiang Ni, Zhou Hua Ni, Xia Yun Shang, Jian Hua Wang, San Ding Zeng, Yong Zheng: (sek, ) (Entered: 05/20/2005) |
| 05/20/2005 | | ***Motion terminated as to Bin Lin, Tak Keung Dicky Chu, Zhang Chen, Li Yun Shang, Yiu Ming Chung, Wei Sheng Lin, Wei Xing Lin, Kong Da Ni, Kong Xiang Ni, Zhou Hua Ni, Xia Yun Shang, Jian Hua Wang, San Ding Zeng, Yong Zheng: 115 MOTION to Continue filed by United States of America; satisfied per doc #116 (sek, ) (Entered: 06/06/2005) |
| 06/01/2005 | 121 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Massachusetts. Counts transferred as to Zhou Hua Ni (10) Count 1,6. (sek, ) (Entered: 06/06/2005) |



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 28  PM 12:46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



## INDICTMENT FOR CONSPIRACY TO UNLAWFULLY
## OBTAIN IMMIGRATION DOCUMENTS, FRAUDULENT PROCUREMENT
## OF IMMIGRATION DOCUMENTS, AND PASSPORT FRAUD

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 04-3251 |
| | | |
| **v.** | * | **SECTION:** SECT. J MAG. 4 |
| | | |
| **YIU MING CHUNG** | * | **VIOLATION:** 18 USC § 1546(a) |
| **LI YUN SHANG** | | 18 USC § 1542 |
| a/k/a "Wendy" | * | 18 USC § 1425(a) |
| **ZHANG CHEN** | | 18 USC § 371 |
| a/k/a "Zheng Chen" | * | 18 USC § 2 |
| **TAK KEUNG DICKY CHU** | | |
| **BIN LIN** | * | |
| **WEI SHENG LIN** | | |
| **WEI XING LIN** | * | |
| **KONG DA NI** | | |
| **KONG XIANG NI** | * | |
| **ZHOU HUA NI** | | |
| **XIA YUN SHANG** | * | |
| **JIAN HUA WANG** | | |
| **SAN DING ZENG** | * | |
| **YONG ZHENG** | | |
| a/k/a "Zheng Yong" | * | |

* * *

___ Fee 45A
___ Process
X_ Dktd
___ CtRmDep
___ Doc. No.

The Grand Jury charges that:

## COUNT 1

### *(CONSPIRACY TO OBTAIN IMMIGRATION DOCUMENTS)*

## A.    AT ALL TIMES MATERIAL HEREIN:

1.    The United States Immigration and Naturalization Service ("INS"), prior to March 1, 2003, the effective date of the Homeland Security Act, was an agency of the United States charged with the duty and responsibility of enforcing the Immigration and Nationality Act and other such laws relating to immigration, admission, exclusion and deportation.

2.    On March 1, 2003, pursuant to the Homeland Security Act, the service functions of the former INS, including the processing and adjudication of petitions for visas and naturalization, and the processing and issuance of alien registration receipt cards, were transferred to the Bureau of Citizenship and Immigration Services ("BCIS") of the United States Department of Homeland Security.

3.    On March 1, 2003, pursuant to the Homeland Security Act, the law enforcement investigative functions of the former INS were transferred to the Bureau of Immigration and Customs Enforcement ("BICE") of the United States Department of Homeland Security.

4.    An alien is any person not a citizen, national, or naturalized citizen of the United States.

- 2 -

5.    A <u>lawful permanent resident</u> is an alien to whom the BCIS, or INS (formerly), has granted permanent resident status.  A lawful permanent resident may apply to become a naturalized citizen after meeting statutory requirements.

6.    A <u>naturalization certificate</u> is a document issued by the BCIS, or INS (formerly), to a person who is either not born in the United States or to a United States citizen which evidences rights of citizenship that have been granted to that person as if he or she were a native of the United States.

7.    An <u>alien registration receipt card</u> is a card issued by the BCIS, or INS (formerly), to a lawful permanent resident which allows the bearer to leave and re-enter the United States and is evidence of authorized stay or employment in the United States. The first such cards to be issued were green in color, and although they have changed in color and design, they are still commonly referred to as "green cards" or "permanent resident cards."

8.    The INS undercover Special Agent (hereinafter referred to as the "undercover agent") referenced herein represented himself to the defendants as being able to obtain authentic naturalization certificates and alien registration receipt cards from a fictitious corrupt individual employed by the INS.

- 3 -

## B.    THE CONSPIRACY:

From on or about November 3, 1999, and continuing until on or about the date of the return of this indictment, in the Eastern District of Louisiana, the Middle District of Louisiana, and elsewhere, the defendants, **YIU MING CHUNG, ZHANG CHEN, a/k/a "Zheng Chen," TAK KEUNG DICKY CHU, BIN LIN, WEI SHENG LIN, WEI XING LIN, KONG DA NI, KONG XIANG NI, ZHOU HUA NI, LI YUN SHANG , a/k/a "Wendy," XIA YUN SHANG, JIAN HUA WANG, SAN DING ZENG,** and **YONG ZHENG, a/k/a "Zheng Yong,"** did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to knowingly use, attempt to use, possess, obtain, accept, and receive documents prescribed by statute and regulation for entry into and as evidence of authorized stay or employment in the United States, knowing the same to be procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## C.    OBJECTS AND PURPOSE OF THE CONSPIRACY:

Among the objects and purposes of the conspiracy were to illegally purchase, possess, sell, and dispose of alien registration receipt cards (green cards) and naturalization certificates to and by persons not authorized by law to receive such official documents.

- 4 -

**D.    ROLES IN THE CONSPIRACY:**

1.    The defendant, **YIU MING CHUNG**, in addition to fraudulently purchasing a naturalization certificate on his own behalf, served as a broker for Chinese nationals and aliens unlawfully in the United States who sought to fraudulently purchase and obtain United States permanent resident alien cards and/or naturalization certificates.

2.    The defendant, **LI YUN SHANG, a/k/a "Wendy,"** served as a broker for Chinese nationals and aliens unlawfully in the United States who sought to fraudulently purchase and obtain United States permanent resident alien cards and/or naturalization certificates.

**E.    OVERT ACTS:**

In furtherance of the conspiracy and to accomplish the purposes thereof, the defendants named below committed the following overt acts, among others, in the Eastern District of Louisiana and elsewhere:

1.    On or about November 3, 1999, **YIU MING CHUNG** telephonically paged the undercover agent to call telephone number (504) 223-1333, which the undercover agent dialed and **CHUNG** answered.

2.    On or about November 5, 1999, **YIU MING CHUNG** met with the undercover agent in Boutte, Louisiana inside the agent's Chevrolet Tahoe motor vehicle. **CHUNG** arranged for defendant **JIAN HUA WANG**, an associate of his who is a citizen of China and an illegal alien in the United States, to fraudulently obtain a genuine United States "green card" from the undercover agent for the price of $25,000.00 U.S. currency.

- 5 -

3.    On or about November 27, 1999, **YIU MING CHUNG** met with the undercover agent in Boutte, Louisiana. **CHUNG** signed documents in furtherance of obtaining a genuine "naturalization certificate" from the undercover agent.

4.    On or about November 27, 1999, **JIAN HUA WANG** met with the undercover agent in Boutte, Louisiana. **WANG** provided his fingerprints to the Undercover agent for the purpose of fraudulently obtaining a genuine United States "green card" and signed documents presented by the undercover agent for the same purpose.

5.    On or about January 18, 2000, **YIU MING CHUNG** and **JIAN HUA WANG** met with the undercover agent in Boutte, Louisiana at which time **WANG** took possession of a genuine United States "green card" in his name.

6.    On or about January 18, 2000, **YIU MING CHUNG** handed the undercover agent a sum of U.S. currency for the genuine United States "green card" in **WANG'S** name.

7.    On or about April 8, 2000, **YIU MING CHUNG** and **WEI SHENG LIN** met with the undercover agent in Boutte, Louisiana. At that time **LIN** provided his fingerprints to the undercover agent for the purpose of fraudulently obtaining a genuine United States "naturalization certificate."

8.    On or about May 15, 2000, **WEI SHENG LIN** met with the undercover agent in Boutte, Louisiana and took possession of a genuine "naturalization certificate."

9.    On or about July 21, 2000, **YIU MING CHUNG** and **SAN DING ZENG** met with the undercover agent in Boutte, Louisiana. **ZENG** provided his fingerprints to the undercover agent for the purpose of fraudulently obtaining a genuine United States "green card" and signed documents presented by the undercover for the same purpose.

10.    On or about July 31, 2000, **WEI XING LIN** and **ZHOU HUA NI**, together with **YIU MING CHUNG**, met with the undercover agent in Boutte, Louisiana and provided information for the purpose of fraudulently obtaining genuine United States "green cards."

- 6 -

11.    On or about August 27, 2000, **WEI XING LIN**, together with other co-conspirators known to the Grand Jury, met with the undercover agent in Baton Rouge, Louisiana and discussed obtaining a genuine United States "green card" for **LIN**.

12.    On or about October 11, 2000, **WEI XING LIN** and **LI YUN SHANG, a/k/a "Wendy,"** met with the undercover agent in Houma, Louisiana and discussed the purchase of "green cards."

13.    On or about October 13, 2000, **WEI XING LIN** deposited or caused to be deposited by wire transfer approximately $5,000.31 into an undercover bank account maintained by the U.S. Government at Bank One in New Orleans, Louisiana.

14.    On or about October 17, 2000, **WEI XING LIN** and **LI YUN SHANG, a/k/a "Wendy,"** together with **YONG ZHENG**, met with the undercover agent in Houma, Louisiana at which time **LIN** took possession of a genuine United States "green card" in his name.

15.    On or about October 30, 2000, **WEI XING LIN, ZHOU HUA NI, LI YUN SHANG, a/k/a "Wendy,"** and **YONG ZHENG** met with the undercover agent in Houma, Louisiana. At that time, **LIN** and **NI** took possession of genuine United States "green cards" printed in their names.

16.    On or about December 26, 2000, **XIA YUN SHANG** met with the undercover agent in Houma, Louisiana and provided fingerprints of herself and signed forms for the purpose of obtaining a genuine United States "green card."

17.    On or about February 15, 2001, **KONG DA NI** deposited or caused to be deposited by wire transfer approximately $9,000.14 into an undercover bank account maintained by the U.S. Government at Bank One in New Orleans, Louisiana.

18.    On or about February 23, 2001, **KONG DA NI** met with the undercover agent in Houma, Louisiana and took possession of a genuine United States "green card" in his name.

- 7 -

19.    On or about February 23, 2001, **BIN LIN** met with the undercover agent in Houma, Louisiana and took possession of a genuine United States "green card" in his name.

20.    On or about February 23, 2001, **KONG XIANG NI** met with the undercover agent in Houma, Louisiana and took possession of a genuine United States "green card" in his name.

21.    On or about February 23, 2001, **ZHANG CHEN** met with the undercover agent in Houma, Louisiana and took possession of a genuine United States "green card" in his name.

22.    On or about March 8, 2001, **SAN DING ZENG** and **YIU MING CHUNG** met with the undercover agent in Boutte, Louisiana. The purpose of the meeting was, in part, to acquire additional information for the purpose of processing **ZENG** for a genuine "green card" that he sought to obtain.

23.    On or about May 1, 2001, **SAN DING ZENG** met with the undercover agent in Boutte, Louisiana and took possession of a genuine United States "green card" in his name.

24.    On or about May 7, 2001, **YIU MING CHUNG** deposited or caused to be deposited by wire transfer approximately $8,333.97 into an undercover U.S. Government bank account maintained in the Cayman Islands with Scotia Bank, Ltd.

25.    On or about May 9, 2001, **YIU MING CHUNG** deposited or caused to be deposited by wire transfer approximately $8,315.97 into an undercover U.S. Government bank account maintained in the Cayman Islands with Scotia Bank, Ltd.

26.    On or about May 11, 2001, **YIU MING CHUNG** deposited or caused to be deposited by wire transfer approximately $8,332.97 into an undercover U.S. Government bank account maintained in the Cayman Islands with Scotia Bank, Ltd.

- 8 -

27.    On or about June 4, 2001, **TAK KEUNG DICKY CHU** and **YIU MING CHUNG** met with the undercover agent in Houma, Louisiana at which time **CHU** provided fingerprints of himself and signed forms for the purpose of obtaining a genuine United States "green card."

28.    On or about August 1, 2001, **LI YUN SHANG, a/k/a "Wendy,"** met with the undercover agent in Houma, Louisiana and discussed the purchase of additional genuine United States "green cards" on behalf of other individuals seeking false immigration documents.

All in violation of Title 18, United States Code, Section 371.

## (*FRAUDULENT PROCUREMENT OF NATURALIZATION CERTIFICATES*)

### COUNT 2

From on or about November 27, 1999 to on or about April 8, 2000, in the Eastern District of Louisiana, and elsewhere, the defendant, **YIU MING CHUNG**, did knowingly and intentionally procure and attempt to procure, contrary to law, the naturalization of any person and documentary and other evidence of naturalization and of citizenship, that is, a "naturalization certificate" in the defendant's name, for which the defendant paid an undercover Special Agent with the Immigration and Naturalization Service the sum of ten thousand dollars ($10,000.00); all in violation of Title 18, United States Code, Section 1425(a).

### COUNT 3

From on or about April 8, 2000 to on or about May 15, 2000, in the Eastern District of Louisiana, and elsewhere, the defendants, **YIU MING CHUNG** and **WEI**

- 9 -

**SHENG LIN**, did knowingly and intentionally procure and attempt to procure, contrary to law, the naturalization of any person and documentary and other evidence of naturalization and of citizenship, that is, a "naturalization certificate" in the name of the defendant, **WEI SHENG LIN**, for which the defendants paid an undercover Special Agent of the Immigration and Naturalization Service the sum of ten thousand dollars ($10,000.00); all in violation of Title 18, United States Code, Sections 1425(a) and 2.

### (*FRAUDULENT PROCUREMENT OF ALIEN REGISTRATION RECEIPT CARDS*)

### COUNT 4

On or about January 18, 2000, in the Eastern District of Louisiana, and elsewhere, the defendants, **YIU MING CHUNG** and **JIAN HUA WANG**, did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card, which the defendants knew to be procured by fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an undercover Special Agent of the Immigration and Naturalization Service a sum of United States currency for receipt of the immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

### COUNT 5

From on or about October 17, 2000 to on or about October 30, 2000, in the Eastern District of Louisiana, and elsewhere, the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **WEI XING LIN**, did knowingly and intentionally possess, obtain, accept, and

- 10 -

receive an alien registration receipt card, which the defendants knew to be procured by

fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an

undercover Special Agent of the Immigration and Naturalization Service a sum of United

States currency for receipt of the immigration document; all in violation of Title 18,

United States Code, Sections 1546(a) and 2.

## COUNT 6

On or about October 30, 2000, in the Eastern District of Louisiana, and elsewhere,

the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **ZHOU HUA NI**, did knowingly

and intentionally possess, obtain, accept, and receive an alien registration receipt card,

which the defendants knew to be procured by fraud and unlawfully obtained, in that the

defendants paid and caused to be paid to an undercover Special Agent of the Immigration

and Naturalization Service a sum of United States currency for receipt of the immigration

document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 7

On or about January 2, 2001, in the Eastern District of Louisiana, and elsewhere,

the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **YONG ZHENG, a/k/a "Zheng**

**Yong,"** did knowingly and intentionally possess, obtain, accept, and receive an alien

registration receipt card, which the defendants knew to be procured by fraud and

unlawfully obtained, in that the defendants paid and caused to be paid to an undercover

- 11 -

Special Agent of the Immigration and Naturalization Service a sum of United States currency for receipt of the immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 8

On or about February 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **KONG XIANG NI**, did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card, which the defendants knew to be procured by fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an undercover Special Agent of the Immigration and Naturalization Service a sum of United States currency for receipt of the immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 9

On or about February 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **BIN LIN**, did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card, which the defendants knew to be procured by fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an undercover Special Agent of the Immigration and Naturalization Service a sum of United States currency for receipt of the

- 12 -

immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 10

On or about February 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **ZHANG CHEN, a/k/a "Zheng Chen,"** did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card, which the defendants knew to be procured by fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an undercover Special Agent of the Immigration and Naturalization Service a sum of United States currency for receipt of the immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 11

On or about February 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendants, **LI YUN SHANG, a/k/a "Wendy"** and **KONG DA NI**, did knowingly and intentionally use, attempt to use, possess, obtain, accept, and receive an alien registration receipt card, which the defendants knew to be procured by fraud and unlawfully obtained, in that the defendants paid and caused to be paid to an undercover Special Agent of the Immigration and Naturalization Service a sum of United States

- 13 -

currency for receipt of the immigration document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 12

On or about February 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendant, **LI YUN SHANG, a/k/a "Wendy,"** did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card in the name of "Xia Yun Shang," which the defendant, **LI YUN SHANG, a/k/a "Wendy,"** knew to be procured by fraud and unlawfully obtained; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 13

On or about March 23, 2001, in the Eastern District of Louisiana, and elsewhere, the defendant, **LI YUN SHANG, a/k/a "Wendy,"** did knowingly and intentionally possess, obtain, accept, and receive an alien registration receipt card in the name of "Yong Zheng," which the defendant, **LI YUN SHANG, a/k/a "Wendy,"** knew to be procured by fraud and unlawfully obtained; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 14

On or about May 1, 2001, in the Eastern District of Louisiana, and elsewhere, the defendants, **YIU MING CHUNG** and **SAN DING ZENG**, did knowingly and

- 14 -

intentionally possess, obtain, accept, and receive an alien registration receipt card, which

the defendants knew to be procured by fraud and unlawfully obtained, in that the

defendants paid and caused to be paid to an undercover Special Agent of the Immigration

and Naturalization Service a sum of United States currency for receipt of the immigration

document; all in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 15

On or about July 10, 2001, in the Eastern District of Louisiana, and elsewhere, the

defendant, **YIU MING CHUNG**, did knowingly and intentionally possess, obtain,

accept, and receive an alien registration receipt card in the name of "Tak Keung Dicky

Chu," which the defendant, **YIU MING CHUNG**, knew to be procured by fraud and

unlawfully obtained; all in violation of Title 18, United States Code, Sections 1546(a)

and 2.

## (*PASSPORT FRAUD*)

## COUNT 16

On or about June 21, 2000, in the Eastern District of Louisiana, and elsewhere, the

defendant, **YIU MING CHUNG**, did willfully and knowingly make a false statement in

an application for a passport with intent to induce and secure for his own use the issuance

of a passport under the authority of the United States, contrary to the laws regulating the

issuance of such passports and the rules prescribed pursuant to such laws, in that applying

- 15 -

for said passport the defendant represented his possession of a lawfully issued

naturalization certificate, that is, Certificate of Naturalization Number 24190054,

purportedly issued by the Commissioner of Immigration and Naturalization on December

9, 1999, which statement and representation he knew to be false; all in violation of Title

18, United States Code, Section 1542.

**A TRUE BILL:**

FOREPERSON

JIM LETTEN
United States Attorney
Louisiana Bar Roll No. 8517

JAN MASELLI MANN
First Assistant United States Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 9020

PETER M. THOMSON
Assistant United States Attorney
Louisiana Bar Roll No. 2147

New Orleans, Louisiana
October 28, 2004

CLERK'S OFFICE
A TRUE COPY
JUN - 7 2005

- 16 -

FORM OBD-34
APR. 91

No. ___

# UNITED STATES DISTRICT COURT

EASTERN _____ District of ___LOUISIANA_____

_____ Division

## THE UNITED STATES OF AMERICA

vs.

YIU MING CHUNG, ZHANG CHEN a/k/a "Zheng Chen",
TAK KEUNG DICKY CHU, BIN LIN, WEI SHENG LIN,
WEI XING LIN, KONG DA NI, KONG XIANG NI, ZHOU HUA NI,
LI YUN SHANG a/k/a "Wendy", XIA YUN SHANG, JIAN HUA WANG,
SAN DING ZENG, YONG ZHENG a/k/a "Zheng Yong"

## INDICTMENT

INDICTMENT FOR CONSPIRACY TO UNLAWFULLY OBTAIN IMMIGRATION
DOCUMENTS, FRAUDULENT PROCUREMENT OF IMMIGRATION DOCUMENTS, AND PASSPORT FRAUD

VIOLATION:   18 U.S.C. §1546(a); 18 U.S.C. §1542;
             18 U.S.C. §1425(a)
             18 U.S.C. §371
             18 U.S.C. §2

_____

A true bill.

_____
                                          Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
                                            Clerk

Bail, $ _____

PETER M. THOMSON
Assistant United States Attorney

Filed

FILED
COURT
CT OF LA

2004 OCT 28 PM 12: 53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### GRAND JURY RETURN
DATE: OCTOBER 28, 2004
SECTION:  MAGISTRATE JUDGE LOUIS MOORE, JR.

ASSIGNED CRIMINAL NO.:_____
ASSIGNED SECTION:     _____

# 04-325

UNITED STATES OF AMERICA
VERSUS

# SECT. J MAG. 4

YIU MING CHUNG, ET AL

_____

    PETER THOMSON  , Assistant United States Attorney

On the motion of the Assistant U.S. Attorney, PETER THOMSON  LET THE SUPERSEDING
INDICTMENT, NO. ____, FOLLOW THE ALLOTMENT OF THE FORMER INDICTMENT,
WHICH WAS ALLOTTED TO SECTION _.

IT IS ORDERED that:
    Bond be set at $_____
The Bond previously set is approved.

Summons issue for_

CAPIAS issue for  ALL DEFENDANTS

No Action Necessary except NOTICE ___

Arraignment is set for _____

CLERK'S OFFICE
A TRUE COPY

JUN - 7 2005

Fee_____
Proc_____
Dkt_____
CtRmDep___
Doc. No.___

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 28  PI

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO** 04-3255  |
| **v.** | * | **SECTION:** SECT. J MAG. 4 |
| **YIU MING CHUNG** | * | **VIOLATION:** 18 USC § 1546(a) |
| **ZHANG CHEN** | | 18 USC § 1542 |
| a/k/a "Zheng Chen" | * | 18 USC § 1425(a) |
| **TAK KEUNG DICKY CHU** | | 18 USC § 371 |
| **BIN LIN** | * | 18 USC § 2 |
| **WEI SHENG LIN** | | |
| **WEI XING LIN** | * | |
| **KONG DA NI** | | |
| **KONG XIANG NI** | * | |
| **ZHOU HUA NI** | | |
| **LI YUN SHANG** | * | |
| a/k/a "Wendy" | | |
| **XIA YUN SHANG** | * | |
| **JIAN HUA WANG** | | |
| **SAN DING ZENG** | * | |
| **YONG ZHENG** | | |
| a/k/a "Zheng Yong" | * | |

*    *    *

## MOTION AND INCORPORATED
## MEMORANDUM TO SEAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein by and

through the undersigned Assistant United States Attorney, and moves this Court for an order,

DATE OF ENTRY
FEB - 7 2005

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc. No.____

pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, directing the Clerk of Court for the Eastern District of Louisiana to seal the indictment in the above captioned case, together with this Motion and Order to Seal, for the following reasons:

Publication of the indictment at this time would likely compromise the government's ability to locate and arrest all of the defendants charged, a portion of whom are believed to be illegally in this country and located outside the state of Louisiana. Pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, a federal magistrate judge may direct that an indictment be kept secret until the defendants are in custody or have been released pending trial.

**WHEREFORE,** for the foregoing reasons, the government prays for an order directing the Clerk of Court, Eastern District of Louisiana, to seal the indictment in the above captioned case together with this Motion and Order to Seal. The government requests that, prior to sealing, a certified copy of the indictment be provided to the United States Attorney's Office for the Eastern District of Louisiana.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

PETER M. THOMSON
Assistant United States Attorney
LA Bar Roll Number 2147
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3023

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO.** |
| **v.** | \* | **SECTION:** |
| **YIU MING CHUNG** | \* | **VIOLATION:**  18 USC § 1546(a) |
| **ZHANG CHEN** | | 18 USC § 1542 |
|    a/k/a "Zheng Chen" | \* | 18 USC § 1425(a) |
| **TAK KEUNG DICKY CHU** | | 18 USC § 371 |
| **BIN LIN** | \* | 18 USC § 2 |
| **WEI SHENG LIN** | | |
| **WEI XING LIN** | \* | |
| **KONG DA NI** | | |
| **KONG XIANG NI** | \* | |
| **ZHOU HUA NI** | | |
| **LI YUN SHANG** | \* | |
|    a/k/a "Wendy" | | |
| **XIA YUN SHANG** | \* | |
| **JIAN HUA WANG** | | |
| **SAN DING ZENG** | \* | |
| **YONG ZHENG** | | |
|    a/k/a "Zheng Yong" | \* | |

\*     \*     \*

## ORDER

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of

Louisiana seal the indictment in the above captioned matter, together with the government's

motion and this order, after providing the United States Attorney's Office, Eastern District

of Louisiana, a certified copy of the indictment;

New Orleans, Louisiana this _____ day of October, 2004.


_____
UNITED STATES MAGISTRATE JUDGE

CLERK'S OFFICE
A TRUE COPY

JUN - 7 2005

Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB -3 AM 9: 09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. | 04-325 |
| v. | * | SECTION: | "J" (4) |
| YIU MING CHUNG | * | | |
| LI YUN SHANG | | | |
|     a/k/a "Wendy" | * | | |
| ZHANG CHEN | | | |
|     a/k/a "Zheng Chen" | * | | |
| TAK KEUNG DICKY CHU | | | |
| BIN LIN | * | | |
| WEI SHENG LIN | | | |
| WEI XING LIN | * | | |
| KONG DA NI | | | |
| KONG XIANG NI | * | | |
| ZHOU HUA NI | | | |
| XIA YUN SHANG | * | | |
| JIAN HUA WANG | | | |
| SAN DING ZENG | * | | |
| YONG ZHENG | | | |
|     a/k/a "Zheng Yong" | * | | |

* * *

## MOTION TO UNSEAL INDICTMENT

NOW INTO COURT, comes the United States of America, appearing herein through

the undersigned Assistant United States Attorney, and moves this Honorable Court for an

DATE OF ENTRY
FEB - 7 2005

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No ____

order unsealing the indictment in the above-captioned case for the foregoing reason:

One or more defendants have been arrested and, accordingly, it is not necessary for the indictment to remain sealed.

**WHEREFORE**, for the foregoing reasons, the government prays for an order unsealing the indictment in this matter.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

PETER M. THOMSON
Assistant United States Attorney
LA Bar Roll Number 2147
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3023

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. | 04-325 |
| v. | * | SECTION: | "J" (4) |
| YIU MING CHUNG | * | | |
| LI YUN SHANG | | | |
| a/k/a "Wendy" | * | | |
| ZHANG CHEN | | | |
| a/k/a "Zheng Chen" | * | | |
| TAK KEUNG DICKY CHU | | | |
| BIN LIN | * | | |
| WEI SHENG LIN | | | |
| WEI XING LIN | * | | |
| KONG DA NI | | | |
| KONG XIANG NI | * | | |
| ZHOU HUA NI | | | |
| XIA YUN SHANG | * | | |
| JIAN HUA WANG | | | |
| SAN DING ZENG | * | | |
| YONG ZHENG | | | |
| a/k/a "Zheng Yong" | * | | |

                          *    *    *

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of

Louisiana unseal the indictment in the above captioned matter.

New Orleans, Louisiana this ___3___ day of February, 2005.


UNITED STATES DISTRICT JUDGE


CLERK'S OFFICE
A TRUE COPY

JUN - 7 2005

Stephanie Kall
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

2